# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 12-9493-VBF (PLA)                                    Date  May 23, 2013

Title:  Melike Dewey v. Adams, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        ( IN CHAMBERS)

Pursuant to this Court's Order of February 19, 2013, each party was ordered to file a Status Report no later than May 20, 2013. To date, the Court has not received a Status Report from plaintiff. Accordingly, **no later than June 6, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Status Report by plaintiff on or before June 6, 2013, shall be deemed compliance by the filing party with this Order to Show Cause.

cc:    Melike Dewey, Pro se
       Richard M. Arias, Esq.

Initials of Deputy Clerk   ch