# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELIKE DEWEY, | No. CV 12-9493-MMM (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ADAMS, et al., | |
| Defendants. | |

Pursuant to the order accepting magistrate judge's report and recommendations, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: October 24, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE